UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

AMERICAN HONDA FINANCE CORP.,
a California Corporation,

Petitioner,

v.

ROUTE 57 DEVELOPMENT, LLC, PRIME, L.L.C. a/k/a PRIME LLC, TOPED DEVELOPMENT, LLC, WARNERS ROAD DEVELOPMENT, LLC, ONONDAGA DEVELOPMENT, LLC, 81 FRONT STREET DEVELOPMENT, LLC, ARBEL LLC, AUBURN ROUTE 5 DEVELOPMENT LLC, AUTOMOBILE FRANCHISE ACQUISITIONS, LLC, B&J AUTO SALES, INC., COLLINS LANDING DEVELOPMENT CORP., DEALMAKER AUTO GROUP, L.L.C., DEALMAKER DODGE, LLC, DEALMAKER FORD OF CLAY, LLC, DEALMAKER NISSAN, LLC, DEALMAKER FORD, INC., DEALMAKER HONDA OF POTSDAM, LLC, DEALMAKER LEASING, L.L.C., DEALMAKER MANAGEMENT, LLC, DEALMAKER OF OGDENSBURG, L.L.C., DEALMAKER OF POTSDAM, LLC, DEALMAKER, L.L.C., FRANCHISE ACQUISITIONS, LLC, IVES HILL COUNTRY CLUB, INC., KIMBROOK ROUTE 31 DEVELOPMENT LLC, KIMBROOK ROUTE 31 L.L.C., LIBERTY SACKETS HARBOR LLC, LOBUT DEVELOPMENT, LLC, RIVER NORTH I, INC., RIVER NORTH, LLC, SIM-SAC DEVELOPMENT CORP., TOPED MANAGEMENT SERVICES, INC., V.M. PAOLOZZI IMPORTS, INC., THIRTY ONE DEVELOPMENT LLC, and PHILIP J. SIMAO,

Respondents.

Civil Action No.:
7:13-CV-260
(GTS/ATB)

---

## OATH OF RECEIVER

I, Adam J. Stanard, CPA, appointed Receiver by an Order Appointing Receiver, of the United States District Court for the Northern District of New York (Hon. Glenn T. Suddaby), dated and filed May 13, 2016, to receive all profits, distributions, dividends, bonuses, and stock certificates of Philip J. Simao in the above-named entity Respondents, among other duties and obligations, execute this oath, pursuant to New York Civil Practice Law and Rules section 6402, and do solemnly swear that I will faithfully and fairly discharge the trust committed to me as Receiver.

_____
Adam J. Stanard, CPA

Sworn to before me this 17th day of May, 2016.

_____
Notary Public

JOSEPH J. SCHLEGEL
Notary Public, State of New York
No. 01SC4991060
Qualified in Onondaga County
Commission Expires 1/21/ 18